**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2178**

_____

In re:  CARLOS HERNANDEZ, a/k/a Ra Saadi Lennox Hernandez El,

      Petitioner.

_____

On Petition for Writ of Mandamus or Writ of Prohibition to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:24-ct-03173-M-RJ)

_____

Submitted:  January 23, 2025                        Decided:  January 28, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Carlos Hernandez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Hernandez petitions for a writ of mandamus or a writ of prohibition, alleging that the district court has unduly delayed in ruling on his 42 U.S.C. § 1983 civil complaint. He seeks an order from this court directing the district court to act. Mandamus is a drastic remedy to be used only in extraordinary circumstances, and Hernandez's petition does not establish extraordinary circumstances warranting mandamus relief. *See Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Moreover, because Hernandez's complaint has only been pending for six months, we find that there has been no undue delay in the district court. Accordingly, we deny Hernandez's petition for writ of mandamus or a writ of prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*